IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01053-WYD

PAUL MICHAEL WALLACE,

    Plaintiff,

v.

NANCY A. BERRYHILL, Commissioner, Social Security Administration,

    Defendant.

## ORDER DISMISSING SOCIAL SECURITY APPEAL WITHOUT PREJUDICE

THIS MATTER comes before the Court on the Plaintiff's Stipulation of Dismissal without prejudice (ECF No. 14). After a careful review of the file in this case, I find that the stipulation should be approved and this appeal should be dismissed without prejudice. Accordingly, it is

ORDERED that the Plaintiff's Stipulation of Dismissal without prejudice (ECF No. 14) is **APPROVED.** This Social Security appeal is **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court shall close this case.

Dated: August 8, 2017

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge